# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-15-00273-CR
_____

### EX PARTE TIMOTHY SCOTT WEEKS

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 15-28805**

## ORDER

The appellant, Timothy Scott Weeks, filed an unopposed motion to abate the appeal and to remand the case to the trial court for preparation of written findings of fact and conclusions of law. *See* Tex. Code Crim. Proc. Ann. art. 11.072, § 7(a) (West 2015).

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for entry of findings of fact and conclusions of law. The trial court's findings of fact and conclusions of law shall be included in a supplemental clerk's record and filed with the Court of Appeals by September 21,

1

2015. The appeal will be reinstated without further order of the Court when the supplemental clerk's record is filed. The brief of the appellant is due twenty days after the supplemental clerk's record is filed.

ORDER ENTERED August 20, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.